ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| JE Dunn Construction Company Co. | ) ASBCA Nos. 63558, 63832, 63868 |
| | ) 63983, 63984, 64055 |
| | ) 64106, 64107 |
| | ) |
| Under Contract No. W9127S-13-D-6001 | ) |
| T.O. No. W91236-18-F-0014 | ) |

APPEARANCES FOR THE APPELLANT:  Reginald M. Jones, Esq.
                                                Nicholas T. Solosky, Esq.
                                                Morgan M. Tapp, Esq.
                                                  Fox Rothschild LLP
                                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                                                 Engineer Chief Trial Attorney
                                                John R. Lockard, Esq.
                                                Mark R. Higgins, Esq.
                                                 Engineer Trial Attorneys
                                                 U.S. Army Engineer District, Norfolk

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 28, 2025

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63558, 63832, 63868, 63983, 63984, 64055, 64106, 64107, Appeals of JE Dunn Construction Company, rendered in conformance with the Board's Charter.

Dated: July 28, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals